<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ACE AMERICAN INSURANCE COMPANY a/s/o COWORX STAFFING SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>CONGRUITY 360, LLC and TRUSTWAVE HOLDINGS, INC.,<br><br>    Defendants. | Civil Action No. 25-15657 (SDW) (JSA)<br><br>**ORDER**<br><br>June 24, 2026 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon Defendants Congruity 360, LLC ("Congruity") and Trustwave Holdings, LLC's ("Trustwave") Motions to Dismiss Plaintiff Ace American Insurance ("Plaintiff") as subrogee of CoWorx Staffing Services' ("CoWorx") Amended Complaint (D.E. 22 ("Am. Compl.")) for failure to state a claim pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's opinion June 24, 2026;

**IT IS** on this 24th day of June 2026,

**ORDERED** that Congruity's Motion to Dismiss is **GRANTED in part WITHOUT PREJUDICE and DENIED in part;** and it is further

**ORDERED** that Trustwave's Motion to Dismiss is **GRANTED WITHOUT PREJUDICE**.

Plaintiff shall have thirty (30) days from the date of this order to file an amended complaint.

**SO ORDERED.**

/s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:    Jessica S. Allen, U.S.M.J.
       Parties