**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CONGRUITY 360, LLC and TRUSTWAVE HOLDINGS, INC.,<br><br>Defendants. | Civil Action No.: 2:25-CV-15657-SDW-JSA<br><br>**STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6.1(a)** |

Pursuant to Local Civil Rule 6.1, Crossclaim Plaintiff Congruity 360, LLC ("Crossclaim Plaintiff") and Defendant Trustwave Holdings, Inc. ("Trustwave") (collectively, the "Parties") hereby submit this stipulation for an extension of time for Trustwave to respond to Crossclaim Plaintiff's Cross Complaint. In support of this application, the Parties state as follows:

1. Trustwave was served with Crossclaim Plaintiff's Cross Complaint on August 21, 2026.

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(B), Trustwave's deadline to answer or otherwise respond to the Cross Complaint is currently September 11, 2026.

3. The Cross Complaint asserts claims for contribution and indemnification against Trustwave, and alleges that "[Crossclaim Plaintiff] is entitled to contribution and/or indemnification from Trustwave to the extent Trustwave's conduct caused or contributed to Ace's alleged damages."

4. Ace American Insurance Company's ("Plaintiff") claims against Trustwave were previously dismissed by the Court in their entirety, with leave to replead, on June 24,

2026. Although Plaintiff reasserted a single breach of contract claim against Trustwave on July 24, 2026, that claim is currently subject to Trustwave's pending motion to dismiss. (ECF 41.)

5. Given that the claims in the Cross Complaint are dependent on whether Plaintiff's claim against Trustwave survives the pending motion to dismiss, Trustwave respectfully seeks an extension to time to respond to the Cross Complaint until 30 days after the Court issues its order on Trustwave's motion to dismiss.

6. Trustwave has conferred with Crossclaim Plaintiff, and Crossclaim Plaintiff stipulates to the requested extension.

7. Good cause exists for the extension because, if granted, it will preserve the resources of the Parties and the Court.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties through their undersigned counsel, that Trustwave's time to answer, move, or otherwise respond to the Cross Complaint in this action is hereby extended through and including 30 days after the Court issues its order on Trustwave's pending motion to dismiss. (ECF 41.)

Dated: August 31, 2026

By: *<u>/s/ Eric R. Fish</u>*
Eric R. Fish
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: efish@bakerlaw.com

*Attorneys for Defendant*
*Trustwave Holdings, Inc.*

By: *<u>/s/ Kegan Sheehan</u>*
Kegan Sheehan

**HODGSON RUSS LLP**
677 Broadway, Suite 401
Albany, New York 12207
Tel: (518) 433-2427
Email: ksheehan@hodgsonruss.com

*Attorneys for Crossclaim Plaintiff Congruity 360, LLC*

SO ORDERED:

**s/ Jessica S. Allen**

HON. JESSICA S. ALLEN, U.S.M.J.

Dated: 9/1/2026