Eric R. Fish
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: efish@bakerlaw.com

*Attorneys for Defendant Trustwave Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY a/s/o COWORX STAFFING SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>CONGRUITY 360, LLC and TRUSTWAVE HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:25-cv-15657-SDW-JSA<br><br>Judge Susan D. Wigenton<br><br>Magistrate Judge Jessica S. Allen<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF SEAN B. SOLIS** |

This matter having come before the Court by Baker & Hostetler LLP, attorneys for Defendant Trustwave Holdings, Inc. ("Trustwave"), for an Order permitting Sean B. Solis to appear and participate in this action *pro hac vice*; and the Court having reviewed the Declarations of Eric R. Fish and Sean B. Solis in support of this application; and for good cause shown:

IT IS on this 3rd day of September, 2026

**ORDERED** that the motion for *pro hac vice* admission of Sean B. Solis is GRANTED and Sean B. Solis is hereby admitted *pro hac vice* in the above-captioned matter;

**IT IS FURTHER ORDERED** that Sean B. Solis shall:

1. Abide by the Rules of Practice of the United States District Court for the District of New Jersey, including all disciplinary rules as set forth in L. Civ. R. 101.1, *et seq.*;
2. Notify the Court immediately of any matters affecting their standing at the Bar of any other Court;
3. Have all pleadings, briefs, and other papers filed with the Court signed by Eric R. Fish of the law firm of Baker & Hostetler LLP, which shall be held responsible for those pleadings, briefs, and other papers, and for the conduct of this case and of the attorney admitted herein; and
4. Make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which he represents a client in a matter pending before this Court; and
5. Make payment as provided by L. Civ. R. 101.1(c).

**IT IS FURTHER ORDERED** that counsel for Trustwave and may file a request, the form of which is available on the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

Dated: September 3, 2026

**s/ Jessica S. Allen**
HON. JESSICA S. ALLEN, U.S.M.J.